B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Northern District of Illinois

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle): <br> Pasquinelli Homebuilding, LLC | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): <br> DBA See Exhibit A attached | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) <br> 20-0959884 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): <br> 161 Tower Road <br> Unit F <br> Burr Ridge, IL     ZIP Code: 60527 | Street Address of Joint Debtor (No. and Street, City, and State):     ZIP Code: |
| County of Residence or of the Principal Place of Business: <br> Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):     ZIP Code: | Mailing Address of Joint Debtor (if different from street address):     ZIP Code: |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Pasquinelli Homebuilding, LLC |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____ Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Pasquinelli Homebuilding, LLC |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
   Signature of Debtor

**X** _____
   Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** /s/ Brian L. Shaw
   Signature of Attorney for Debtor(s)

   Brian L. Shaw 6216834
Printed Name of Attorney for Debtor(s)

   Shaw Gussis et al
Firm Name

   321 N. Clark Street
   Suite 800
   Chicago, IL 60654
Address

   312-541-0151  Fax: 312-980-3888
Telephone Number

   April 7, 2011
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Bruno A. Pasquinelli
   Signature of Authorized Individual

   Bruno A. Pasquinelli
Printed Name of Authorized Individual

   Trustee, of GP of Sole Member
Title of Authorized Individual

   April 7, 2011
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# EXHIBIT A

# PASQUINELLI/PORTRAIT HOMES
## LIST OF ENTITIES

All entities set forth herein, unless otherwise noted, are Illinois limited liability companies authorized to do business in the respective states

TIER 1
        Pasquinelli Homebuilding, LLC

TIER 2    Pasquinelli Financial, LLC
        Pasquinelli Management, LLC
        Pasquinelli Homes, LLC
        Portrait Homes-Indiana, LLC
        Portrait Homes-Ohio, LLC
        Portrait Homes-North Carolina, LLC
        Portrait Homes-South Carolina L.L.C.
        Portrait Homes-Georgia, LLC
        Portrait Homes-Florida, LLC
        Portrait Homes-Mid-Atlantic, LLC
        Portrait Homes-Texas, LLC
        Pasquinelli GP, LLC*

TIER 3
        PPH Title Company Dallas LP**
        PPH Title Company Houston LP**
        Pasquinelli Mortgage, LLC
        PHCC LLC
        Portrait Homes-Bordeaux LLC
        Portrait Homes-Brook Meadow LLC
        Portrait Homes-Scotland Run LLC
        Portrait Homes-Persimmon Grove LLC
        Portrait Homes-McAlister Woods LLC
        Portrait Homes-Forest Springs LLC
        Portrait Homes-Shearon Farms LLC
        Portrait Homes-Sawgrass East LLC
        Portrait Homes-Retreat at Forest Lakes LLC
        Portrait Homes-Wildwood Trace LLC
        Portrait Homes-RG II LLC
        Portrait Homes-McDermott LLC
        Portrait Homes-Oxford Park LLC
        Portrait Homes-Bedford Place LLC
        Portrait Homes-Villas at West Albany LLC
        Portrait Homes-Mallard Lakes LLC
        Pasquinelli-Theodores Ridge LLC
        Portrait Homes-Little Elm Trail Townhouses LLC
        Pasquinelli-Creekside LLC
        Portrait Homes-Oakbrooke LLC
        Portrait Homes-Prairie Lakes LLC
        Portrait Homes-Hickory at Shiloh LLC

# PASQUINELLI PORTRAIT HOMES
## LIST OF ENTITIES

Portrait Homes-The Oaks LLC
Portrait Homes-Parkview LLC
Portrait Homes-Robyn's Glen LLC
Portrait Homes-Tuscany LLC
Portrait Homes-Gabriel's Landing LLC
Portrait Homes-The Vintage Royale LLC
Portrait Homes-Commons at Grand Oaks LLC
Portrait Homes-Marsh View Commons LLC
Portrait Homes-Creekside LLC
Pasquinelli Portrait Homes-Home Town LP***
Pasquinelli-Countrybrook LLC
Portrait Homes-Bridford Downs LLC
Portrait Homes-Cole Creek LLC
Portrait Homes-Beresford Commons LLC
Portrait Homes-Northwoods Crossing LLC
Portrait Homes-Southall Commons LLC
Pasquinelli Portrait Homes-Durango Ridge LP***
Portrait Homes-LeChateau LLC
Pasquinelli-Blackberry Knoll LLC
Pasquinelli-Fieldstone LLC
Pasquinelli-Theodores Crossing LLC
Pasquinelli Portrait Homes-Crestwood at Ridgeview LP***
Portrait Homes-Silver Oaks Townhomes LLC
Pasquinelli Portrait Homes-Bandera LP***
Pasquinelli Portrait Homes-Castlebrook LP***
Pasquinelli Portrait Homes-Hidden Creek LP***
Pasquinelli Portrait Homes-Kingsbrook LP***
Pasquinelli Portrait Homes-Morningstar Meadow LP***
Pasquinelli Portrait Homes-Parker Estates LP***
Pasquinelli Portrait Homes-Village on the Green LP***
Portrait Homes-Coosaw Commons LLC
Portrait Homes-Hidden Oaks LLC
Portrait Homes-Kings Creek LLC
Portrait Homes-Westridge LLC
Portrait Homes-Shiloh Ridge LLC
Portrait Homes-Arlington Downs LLC
Portrait Homes-Bennington Place LLC
Portrait Homes-Brookhaven LLC
Portrait Homes-Covington at Providence LLC
Portrait Homes-Holly Ridge LLC
Portrait Homes-Hunter Downs LLC
Portrait Homes-Kimmerly Woods LLC
Portrait Homes-Lexington Commons LLC
Portrait Homes-Little Suwanee Point LLC
Portrait Homes-Old Stone Crossing LLC
Portrait Homes-River Crossing LLC
Portrait Homes-Rozzelles Landing LLC

# PASQUINELLI/PORTRAIT HOMES
## LIST OF ENTITIES

Portrait Homes-Southbrook LLC
Portrait Homes-Sugarloaf Forest LLC
Portrait Homes-Tyler Woods LLC
Portrait Homes-University Heights LLC
Portrait Homes-Windsor Trace LLC
Portrait Homes-Mustang Park LLC
Pasquinelli-Fox Glen LLC
Pasquinelli-Hampton Park LLC
Pasquinelli-Heron Bay LLC
Pasquinelli-Hunters Ridge LLC
Pasquinelli-Huntley Meadows LLC
Pasquinelli-Park Avenue LLC
Pasquinelli-Prairie Ridge LLC
Pasquinelli-The Fields LLC
Pasquinelli-Walnut Creek LLC
Pasquinelli-Whispering Oaks LLC
Pasquinelli-Woodlands LLC
Portrait Homes-Coble Farm LLC
Portrait Homes-Hampton Commons LLC
Portrait Homes-Links at Eagle Creek LLC
Portrait Homes-Mapleton at Countryside LLC
Portrait Homes-Montibello LLC
Portrait Homes-Oak Bluff LLC
Portrait Homes-Parkside at Georgetown LLC
Portrait Homes-Pawleys Place LLC
Portrait Homes-Persimmon Hill LLC
Portrait Homes-Rachel's Keep LLC
Portrait Homes-Ridge Creek LLC
Portrait Homes-Rosewood LLC
Portrait Homes-Summer Wood LLC
Portrait Homes-Sutton Crossing LLC
Portrait Homes-Wynbrooke LLC
Portrait Homes-Stoney Creek LLC
Portrait Homes-Gahanna Grove LLC
Portrait Homes-The Townes at Berkshire LLC
Portrait Homes-McAlister Place LLC
Portrait Homes-Sweetwater LLC
Portrait Homes-Mill Creek Lakes LLC
Portrait Homes-Rose Run LLC
Pasquinelli-Huntercrest LLC
Portrait Homes-Hanover LLC
Tuscany Woods Homes LLC
Portrait Homes-Creekside Georgia LLC
Portrait Homes-Castle Hills Phase VI Area C LLC
Portrait Homes-Castle Hills Phase VI Area D LLC
Portrait Homes-Castle Hills Phase VI Areas A&B LLC
Pasquinelli Portrait Homes-Ridgeview LP***

3

# PASQUINELLI/PORTRAIT HOMES
## LIST OF ENTITIES

Portrait Homes-Midtown Village LLC
Portrait Homes-The Pointe at Centennial Lakes LLC
Portrait Homes-The Townes of Avondale LLC
Portrait Homes-The Avenues LLC
Portrait Homes-Broad Street Villas
Portrait Homes-Treymont LLC
Pasquinelli Portrait Homes-Parker Estates at Arborview LP**
Pasquinelli Portrait Homes-Westbrook Phases I & II LP***
Portrait Homes-Ravenscroft Townhomes LLC
Portrait Homes-Grant Park LLC
Portrait Homes-Hanover on the Green LLC
Pasquinelli-Cedar Creek LLC
Portrait Homes-The Townes at Buckwalter LLC
Portrait Homes-Pickerington Pointe LLC
Portrait Homes-Meadows at Bainbridge LLC
Pasquinelli-Grande Reserve LLC
Carolina Crossing Homes LLC
Portrait Homes-Harmony Townes LLC
Portrait Homes-Lakeview Commons LLC
Portrait Homes-Bison Court LLC
Portrait Homes-Old Mill Village LLC
Portrait Homes-Oxford Commons LLC
Portrait Homes-Traditions at Lawyers Glen LLC
Portrait Homes-Northlake Crossing LLC
Portrait Homes-Braddock Park LLC
Pasquinelli-Mill Crossing LLC
Pasquinelli-Pioneer Place LLC
Pasquinelli-The Colonies LLC
Pasquinelli-The Commons LLC
Portrait Homes-LaVillita LLC
Pasquinelli-Tall Pines LLC
Portrait Homes-The Villas at Wellington LLC
Pasquinelli-Meadow Brook LLC
Portrait Homes-River Bend LLC
Portrait Homes-Hampton Knoll LLC
Portrait Homes-Townes at Catawba River LLC
Portrait Homes-Charlotte Pines LLC
Portrait Homes-The Arbors LLC
Portrait Homes-Townes at West Albany LLC
Portrait Homes-Wendover at Curry Place LLC
Portriat Homes-Calabash Lakes LLC
Portrait Homes-Willow Crest LLC
Portrait Homes-Wyndsor Court LLC
Portrait Homes-West Haven LLC
Portrait Homes-Promenade LLC
Portrait Homes-Deerfield Links LLC
Portrait Homes-Horsepen Creek LLC

4

# PASQUINELLI/PORTRAIT HOMES
## LIST OF ENTITIES

Portriat Homes-Woodburn Crossing LLC
Portrait Homes-Noble West LLC
Portrait Homes-Fenwick Commons LLC
Portrait Homes-Riverside Townhomes LLC
Portrait Homes-Cascades LLC
Portrait Homes-Weston Pointe LLC
Portrait Homes-Azalea Square LLC
Portriat Homes-Palmetto Pointe LLC
Portrait Homes-White Oak LLC
Portrait Homes-Creekside at Wyndham Place LLC
Portrait Homes-Villages at Back Creek LLC
Portrait Homes-Avondale LLC
Portrait Homes-Bedford Road Multi-Family LLC
Portrait Homes-Carrington Court LLC
Portrait Homes-City Side Townhomes LLC
Portrait Homes-Creekside LLC
Portrait Homes-Hanover LLC
Portrait Homes-Havenwood LLC
Portrait Homes-Heritage Hill LLC
Portrait Homes-Naaman Road Townhomes LLC
Portrait Homes-Parkside Trails LLC
Portriat Homes-Spanish Oak Townhomes LLC
Portrait Homes-The Enclave at Willow Crest LLC
Portrait Homes-The Fairways LP***

\*   Pasquinelli GP, LLC is a Delaware limited liability company
\*\*  Pasquinelli GP, LLC owns 1% of PPH Title Company Houston LP and PPH Title Company Dallas LP, which are Texas limited partnerships

\*\*\* These entities are Texas limited partnerships and were never converted to LLCs.  Their original general partner was Pasquinelli GP, LLC, which was convereted to a Delaware limited liability company on 3.19.2004.

5

## GENERAL STATEMENT REGARDING THE DEBTOR'S PETITION

This Voluntary Petition for relief under chapter 7 of the Bankruptcy Code (the "Petition") was filed by Pasquinelli Homebuilding, LLC (the "Debtor") in the United States Bankruptcy Court of the Northern District of Illinois, Eastern Division. The Petition was signed by Mr. Bruno A. Pasquinelli, acting in his capacity as trustee of the general partner of Pasquinelli Homebuilding LP, the sole member of the Debtor.

Attached as Exhibit A to the Petition is a list of legal entity names directly or indirectly owned by the Debtor under which the Debtor may have operated. In addition, each entity identified in Exhibit A as "Tier 2" entities (the "Tier 2 Entities"), upon the filing of the Petition, and as an operation of law provided for in the various operating agreements establishing each Tier 2 Entity, dissolved and collapsed into the Debtor.

Furthermore, each legal entity identified in Exhibit A as "Tier 3" entities (the "Tier 3 Entities"), upon the dissolution of each Tier 2 Entity, and as an operation of law provided for in the various operating agreements establishing each Tier 3 Entity, dissolved and collapsed into the Debtor.

{10055-001 MSC A0288087.DOC}