IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                                           )
                                                                 ) Case No. 11 B 14829
PASQUINELLI HOMEBUILDING, LLC.    ) Hon. JACQUELINE P. COX
                                                                 ) Chapter 7
                    Debtor                              )

INTERIM TRUSTEE'S FINAL REPORT and ACCOUNT

To: The Honorable JACQUELINE P. COX, Bankruptcy Judge.

NOW COMES ALLAN J. DeMARS, formerly the interim-Trustee in Bankruptcy, and respectfully submits to the Court and to the United States Trustee his Final Account in accordance with 11 U.S.C. Sec. 704(a)(9).

1. The voluntary petition commencing this case was filed on April 7, 2011 under Chapter 7 of the Bankruptcy Code. At the scheduled first meeting of creditors on May 24, 2011, an election was called for, the results certified and Alex Moglia was elected as the permanent trustee.

2. The debtor had moved for an extension of time to file schedules and schedules were not filed until May 9, 2011. Prior to the filing of schedules the debtor had provided the interim trustee with a list of institutions where the debtor maintained various accounts. During the interim-trustee's administration, the accounts were closed and funds, in the amount of $876,326.95, were recovered and deposited in the estate account. In addition, $20,592.24 was forwarded to the trustee by attorneys that had held funds in their IOLTA accounts and $1,026.34 in previously escrowed funds was received by the interim Trustee.

3. Attached hereto is the Estate Property Record, Exhibit "A"- Form 1. Also attached hereto, as Exhibit "B", is Form 2-Receipts and Disbursements.

4. Subsequent to the filing of this Final Report and Account, Applications for Compensation for trustee's fees and attorney's fees will be prepared, filed with the Court and noticed for hearing.

5. A summary of the interim Trustee''s final account as of May 31, 2011 is as follows:

|   |   |
|---|---|
| A. Receipts (see attached Form 2) | $897,945.53 |
| B. Disbursements (see attached Form 2) | $ 0 |
| C. Net cash disbursed to permanent trustee | $897,945.53 |

WHEREFORE, the interim Trustee certifies under penalty of perjury that the above statements are true and correct.

Dated:   6/3/11

/s/ Allan J. DeMars
Allan J. DeMars, interim Trustee
100 W. Monroe, Suite 910
Chicago, IL 60603
(312) 726-3377
ARDC# 0611069