## UNITED STATES BANKRUPTCY COURT
## FOR THE NOTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re | Chapter 7 |
| **PASQUINELLI HOME BUILDING, LLC,** | **Case No. 11 B 14829** |
| Debtor. | **Hon. Jacqueline P. Cox** |
| | **Date:  July 12, 2011**<br>**Time:  9:30 a.m.** |

### NOTICE OF MOTION

To:      See Service List

     **PLEASE TAKE NOTICE** that on <u>**July 12, 2011 at 9:30 a.m.,**</u> the undersigned shall present to the Honorable Jacqueline P. Cox, or any judge sitting in her stead, in Courtroom 619 of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, at the Dirksen Federal Courthouse, 219 S. Dearborn St., Chicago, IL 60604, **FINAL APPLICATION FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF COSTS OF ARNSTEIN & LEHR LLP AS SPECIAL COUNSEL,** a copy of which is served upon you.

Respectfully submitted,
ARNSTEIN & LEHR LLP

By:____/s/ George P. Apostolides_____
       One of his Attorneys

Barry A. Chatz
Kevin H. Morse
ARNSTEIN & LEHR LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
Phone: (312) 876-7100
 Fax: (312) 876-0288

## <u>CERTIFICATE OF SERVICE</u>

I, Kevin H. Morse, hereby certify that I caused a copy of the following documents that were filed with the Clerk of the Bankruptcy Court on June 21, 2011:

1.  FINAL APPLICATION FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF COSTS OF ARNSTEIN & LEHR LLP AS SPECIAL COUNSEL

2.  COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION

to be served on the parties listed on the attached Service List by U.S. Mail, postage prepaid, or the Court's ECF system, on June 21, 2011.

_/s/ Kevin H. Morse_____
ARNSTEIN & LEHR LLP

Barry A. Chatz
Kevin H. Morse
ARNSTEIN & LEHR LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
Phone: (312) 876-7100
Fax: (312) 876-0288

9645751.1

## SERVICE LIST

*Via U.S. Mail*:

Pasquinelli Homebuilding, LLC
161 Tower Road, Unit F
Burr Ridge, IL 60527

Brian L Shaw
Shaw Gussis
321 N Clark Street, Suite 800
Chicago, IL 60610
(*Counsel for the Debtor*)

Alex D Moglia
Moglia Advisors
1325 Remington Rd, Ste H
Schaumburg, IL 60173
(*Chapter 7 Trustee*)

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

City of Fort Worth
City Attorney's Office
Attn: Christopher B. Mosley
1000 Throckmorton Street
Fort Worth, TX 76102

Cypress Fairbanks ISD
c/o John P. Dillman
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, TX 77253-3064

Harris County, et al
Linebarger Goggan Blair & Sampson LLP
c/o John P. Dillman
P.O. Box 3064
Houston, Tx 77253-3064

David McCall

Collin County Tax Assessor/Collector
Gay, McCall, Isaacks, Gordon & Roberts
777 East 15th Street
Plano, TX 75074

Securlock at Bedford, Ltd.
c/o Shayne D Moses
Moses Palmer & Howell LLP
309 W. 7th Street, Suite 815
Fort Worth, TX 76102

Village of Romeoville
c/o Monica C. O'Brien
Gregory K. Stern, P.C.
53 West Jackson Blvd. #1442
Chicago, IL 60604

Ronald R Peterson
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654-3456
(*Counsel for Former Trustee DeMars*)

Venezia Partners LLC
c/o Thaddeus T Rieger
Zaino & Humphrey, LPA
5775 Perimeter Drive, Suite 180
Dublin, OH 43017

Jon C Vigano
Karen Newbury
Schiff Hardin LLP
233 S. Wacker Drive
Suite 6600
Chicago, IL 60606
(*Counsel for Trustee Moglia*)

## *Via ECF*:

David Audley
Creditor – Harris N.A.
audley@chapman.com
benz@chapman.com

Richard M Bendix

Creditor – US Bank NA
rbendix@dykema.com
nrakunas@dykema.com

Tejal S. Desai
Creditor – Integra Bank National Association
tdesai@llflegal.com
blanglois@llflegal.com

Maria A Diakoumakis
Creditor – US Bank NA
mdiakoumakis@dykema.com
DocketCH@dykema.com

Zachary J Garrett
Creditor – Cole Taylor Bank
zachary.garrett@goldbergkohn.com

Joshua M Grenard
Creditor – BANK OF AMERICA, N.A.
jgrenard@mayerbrown.com
courtnotification@mayerbrown.com

John W Guzzardo
Debtor – Pasquinelli Homebuilding, LLC
jguzzardo@shawgussis.com

Thomas S Kiriakos
Creditor – BANK OF AMERICA, N.A.
tkiriakos@mayerbrown.com

Randall Klein
Creditor – Cole Taylor Bank
randall.klein@goldbergkohn.com
amy.halpin@goldbergkohn.com
logan.stortz@goldbergkohn.com

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Steven A Levy
Creditor – Cole Taylor Bank
steven.levy@goldbergkohn.com
bonnie.maciejewski@goldbergkohn.com

Joseph P Lombardo

Creditor – Harris N.A.
lombardo@chapman.com

Sara E Lorber
Creditor – Securlock at Bedford, Ltd.
slorber@wfactorlaw.com
nb@wfactorlaw.com

Elizabeth Z Mathieson
Creditor – Bond Safeguard Insurance Company
and Lexon Insurance Company
emathieson@tresslerllp.com
chicagodocket@tresslerllp.com
rkooy@tresslerllp.com
hrose@tresslerllp.com

William J McKenna
Creditor – First Midwest Bank
wmckenna@foley.com
thardy@foley.com;khall@foley.com

Alex D Moglia
Chapter 7 Trustee
amoglia@mogliaadvisors.com
IL31@ecfcbis.com

Karen Newbury
Trustee – Alex Moglia
knewbury@schiffhardin.com
egeekie@schiffhardin.com

Kathleen R Pasulka-Brown
Creditor – AmT CADC Venture, LLC
kpasulka-brown@pjjq.com
lnorwood@pjjq.com
rfuentes@pjjq.com

Ann E Pille
Creditor – Wells Fargo Bank, N.A.
ann.pille@dlapiper.com
apille@reedsmith.com

Rebecca D. Rosenthal
Creditor – AMBER KING
rdr@ag-ltd.com

Brian L Shaw
Debtor – Pasquinelli Homebuilding, LLC
bshaw100@shawgussis.com
bharrington@shawgussis.com

Gregory K Stern
Creditor – Village of Romeoville
gstern1@flash.net
steve_horvath@ilnb.uscourts.gov

William R Stone
Creditor – BANK OF AMERICA, N.A.
wstone@mayerbrown.com

Jon C Vigano
Trustee – Alex Moglia
jvigano@schiffhardin.com
edocket@schiffhardin.com
rkafferly@schiffhardin.com

John R Weiss
Creditor – The Commons of Grand Oaks
Homeowners Association, Inc.
jrweiss@duanemorris.com

Richard Wohlleber
Creditor – Harris N.A.
wohlleber@chapman.com
benz@chapman.com
lombardo@chapman.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re | Chapter 7 |
| **PASQUINELLI HOME BUILDING, LLC,** | **Case No. 11 B 14829** |
| Debtor. | **Hon. Jacqueline P. Cox** |
| | **Date:  July 12, 2011**<br>**Time:  9:30 a.m.** |

### FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT FOR
### EXPENSES OF ARNSTEIN & LEHR LLP AS SPECIAL COUNSEL

Arnstein & Lehr LLP ("A&L"), special counsel for the former Chapter 7 Trustee, Allen J. DeMars (the "Trustee DeMars"), pursuant to 11 U.S.C. §§ 330 and 331, applies to this Court for an entry of an order: (a) allowing as interim compensation the amount of $10,899.50 for legal services rendered during the period April 7, 2011 through June 17, 2011 and reimbursement to A&L in the amount of $14.05 in expenses; (b) allowing as final compensation the amount of $10,899.50 for legal services rendered during the period April 7, 2011 through June 17, 2011 and reimbursement to A&L in the amount of $14.05 in expenses; and (c) authorizing the current Chapter 7 Trustee, Alex D. Moglia ("Trustee Moglia"), to pay the allowed fees and expenses for the period April 7, 2011 through June 17, 2011.  In support thereof, A&L respectfully states as follows:

### BACKGROUND

1.      On April 7, 2011 (the "Petition Date"), Pasquinelli Homebuilding LLC (the "Debtor") filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code (the "Chapter 7 Case").  On the same date, Trustee DeMars was appointed interim Chapter 7 Trustee for the bankruptcy estate.

2.      On May 10, 2011, this Court entered an Order approving Trustee DeMars' employment of A&L as Special Counsel retroactive to the Petition Date.

3.      On May 24, 2011, two secured creditors requested an election of a permanent trustee.    The requesting secured creditors nominated and elected Trustee Moglia as the permanent Chapter 7 Trustee.  On May 26, 2011, the United States Trustee filed a Report of Election that Trustee Moglia had the requisite votes for election.   On June 3, 2011, Trustee DeMars filed an Interim Final Report and Account.

<u>**Narrative Summary of Services**</u>

4.      A narrative summary of the services rendered by A&L is set forth below. Itemized and detailed descriptions of the specific services rendered by A&L to Trustee DeMars are reflected on the billing statements attached hereto as Exhibit A.  The billing statements set forth the name of each attorney or paralegal, the amount of time expended rendering each service, the date on which each service was rendered, a description of the service rendered and the total number of hours of services rendered by each attorney or paralegal in each category.

5.      The fees and time expended by each billing professional is set forth below and summarized as follows:

| <u>**Attorney / Professional**</u> | <u>**Specialty**</u> | <u>**Hours**</u> | <u>**Hourly Rate**</u> | <u>**Total Fees**</u> |
|---|---|---|---|---|
| Barry A. Chatz (BAC) | Bankruptcy | 12.40 | $590.00 | $7,316.00 |
| Becky L. Sutton  (BLS) | Paralegal | 0.60 | $225.00 | $135.00 |
| Kevin H. Morse (KHM) | Bankruptcy | 12.10 | $285.00 | $3,448.50 |
| | **TOTALS:** | **25.10** | | **$10,899.50** |

6.      The hourly rates listed above are customary and reasonable and are the same hourly rates charged to A&L's non-bankruptcy clients for various other matters.

7.      A&L rendered actual and necessary services to Trustee DeMars and the Debtor's estate.  These services included the following:

    A.      preparation and review of the employment application and related documents;

B.      conferences with Trustee DeMars and general counsel for the Debtor regarding responsibilities and required information;

C.      review and analysis of multiple citations to discover assets filed by judgment creditor and conferences regarding citations to discover assets;

D.      review and analysis of Debtor's schedules and statement of financial affairs, including review for escrow accounts held by title companies;

E.      prepare letters to title companies regarding turnover of information related to funds held in escrow accounts, communications with counsel for the title companies and counsel for the Debtor to obtain requested information;

F.      review and analysis of title documents for certain properties owned by the Debtor; and

G.      all other work requested by Trustee DeMars.

8.      There has been no duplication of services, either by partners or associates of A&L.  When two or more attorneys participated in any activity, such joint participation was necessary as a result of either the complexity of the problems involved or the need to familiarize each attorney with the matters at issue so that each attorney could perform further necessary work.

9.      Exhibit A also lists expenses for copying costs at 10¢ per page and long distance phone calls to title companies located in Texas.  A&L has voluntarily reduced its copying charges from $.20 per page to $.10 per page, and has eliminated the cost of sending and receiving faxes (except for the long distance portion of outgoing faxes).  A&L seeks $14.05 in expenses.

10.      A&L respectfully submits that the fees and expense reimbursement sought herein are reasonable given the nature, extent and value of the services rendered, the quality and skill which the situation required, and the costs of comparable services in other cases under Chapter 7, and that time has been fairly and properly expended.

11.     A&L expended a total of 25.10 hours for the services provided to Trustee DeMars.  Based on the hourly charges of A&L set forth above, A&L requests that the Court determine and allow it on a final basis $10,899.50 as compensation and $14.05 for the reimbursement of reasonable out-of-pocket expenses pursuant to Section 330 of the Bankruptcy Code.

12.     A copy of the Application has been sent to the Debtor, Trustee Moglia and all parties receiving notice by the Court's ECF system, including the United States Trustee.  As the estate has more than 15,000 creditors, A&L requests that service of the Application on the parties listed above and all other parties active in the Chapter 7 Case be found proper notice under the circumstances.

WHEREFORE, Arnstein & Lehr LLP respectfully request that the Court enter an Order:

(A)     Allowing and awarding it final compensation in the amount of $10,899.50 for actual and necessary professional services rendered and reimbursement in the amount of $14.05 for actual and necessary costs and expenses incurred;

(B)     Finding notice as provided is sufficient under the circumstances; and

(C)     Granting such other and further relief as the Court deems just and proper.

ARNSTEIN & LEHR LLP


By:    /s/ Barry A. Chatz
         One of its Attorneys

Barry A. Chatz
Kevin H. Morse
ARNSTEIN & LEHR LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
Phone: (312) 876-7100
Fax: (312) 876-0288