# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| PASQUINELLI HOMEBUILDING, LLC, | ) | Case No. 11-14829 |
| | ) | (Jointly Administered) |
| | ) | |
| | ) | Honorable Jacqueline P. Cox |
| | ) | |
| In re: | ) | Case No. 11-25203 |
| PASQUINELLI FINANCIAL, LLC, | ) | |
| | ) | |
| In re: | ) | Case No. 11-25205 |
| PASQUINELLI MANAGEMENT, LLC | ) | |
| | ) | |
| In re: | ) | Case No. 11-25207 |
| PASQUINELLI HOMES, LLC, | ) | |
| | ) | |
| In re: | ) | Case No. 11-25210 |
| PORTRAIT HOMES INDIANA, LLC, | ) | |
| | ) | |
| In re: | ) | Case No. 11-25211 |
| PORTRAIT HOMES NORTH CAROLINA, LLC | ) | |
| | ) | |
| In re: | ) | Case No. 11-25213 |
| PORTRAIT HOMES TEXAS, LLC, | ) | |
| Debtors. | ) | |

## NOTICE OF (I) ENTRY OF INTERIM BORROWING ORDER, (II) FINAL HEARING ON BORROWING MOTION AND (III) PROPOSED FINAL BORROWING ORDER

**PLEASE TAKE NOTICE that** on Friday, February 10, 2012, the Court entered in the above-captioned jointly administered cases the *Interim Order Authorizing Intercompany Borrowing Among Certain Debtors' Estates, Scheduling a Final Hearing and Granting Related Relief* [Dkt. No. 239] (the "Interim Order"), a copy of which is attached hereto as **Exhibit A** and herewith served upon you.  A copy of the motion pursuant to which the Interim Order was

entered can be found at docket entry number 218 on the docket maintained for the above-captioned jointly administered cases (the "Motion") and was previously served upon you.[1]

**PLEASE TAKE FURTHER NOTICE that** the Trustee will seek the entry of a *Final Order Authorizing Intercompany Borrowing and Granting Related Relief* (the "Proposed Final Order") in substantially the form attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE that** the budget required to be filed and served pursuant to paragraph 11(c) of the Interim Order and which corresponds to the anticipated Trustee Loan Obligations to be borrowed pursuant to the Proposed Final Order is appended to the Proposed Final Order as Exhibit 1 thereto (the "Budget").

**PLEASE TAKE FURTHER NOTICE that** the Final Hearing to consider the entry of the Proposed Final Order and final approval of the Trustee Loan Obligations is scheduled for **Thursday, February 23, 2012** at **10:30 a.m.**, or as soon thereafter as counsel may be heard, before the Honorable Jacqueline P. Cox (or any judge who may be sitting in her stead), United States Bankruptcy Court, Courtroom 619, 219 South Dearborn Street, Chicago, Illinois.

**PLEASE TAKE FURTHER NOTICE that** any party who objects to the entry of the Proposed Final Order must file a written objection with the Clerk of the Court and serve such objection on the following parties **so that the objection is actually received no later than February 21, 2012 at 4:00 p.m. prevailing Central time**: (a) counsel for the Trustee, Schiff Hardin LLP, 233 South Wacker Drive, Suite 6600, Chicago, IL 60606, Attn: J. Mark Fisher and Jason M. Torf, Fax: (312) 258-5700; and (b) the Office of the U.S. Trustee, 219 S. Dearborn St., Room 873, Chicago, Illinois 60604, Fax: (312) 886-5794.

**PLEASE TAKE FURTHER NOTICE that** the Proposed Final Order and the corresponding Budget remain subject to modification up to the time that a final borrowing order is actually entered.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

Dated: February 14, 2012 Respectfully submitted,

ALEX D. MOGLIA, NOT INDIVIDUALLY, BUT SOLELY
IN HIS CAPACITY AS CHAPTER 7 TRUSTEE

By: /s/ Jason M. Torf
    J. Mark Fisher
    Jason M. Torf
    Schiff Hardin LLP
    233 S. Wacker Dr.
    Suite 6600
    Chicago, IL 60606-6473
    (312) 258-5500 (phone)
    (312) 258-5700 (fax)
    mfisher@schiffhardin.com
    jtorf@schiffhardin.com

*Counsel for the Chapter 7 Trustee*

CH2\10980460.1