**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| PASQUINELLI HOMEBUILDING, LLC, | ) | Case No. 11-14829 |
| | ) | (Jointly Administered) |
| | ) | |
| | ) | Honorable Jacqueline P. Cox |
| | ) | |
| In re: | ) | Case No. 11-25203 |
| PASQUINELLI FINANCIAL, LLC, | ) | |
| | ) | |
| In re: | ) | Case No. 11-25205 |
| PASQUINELLI MANAGEMENT, LLC, | ) | |
| | ) | |
| In re: | ) | Case No. 11-25207 |
| PASQUINELLI HOMES, LLC, | ) | |
| | ) | |
| In re: | ) | Case No. 11-25210 |
| PORTRAIT HOMES INDIANA, LLC, | ) | |
| | ) | |
| In re: | ) | Case No. 11-25211 |
| PORTRAIT HOMES NORTH CAROLINA, LLC, | ) | |
| | ) | |
| In re: | ) | Case No. 11-25213 |
| PORTRAIT HOMES TEXAS, LLC, | ) | |
| | ) | |
| | ) | |
| Debtors. | ) | |

**SCHEDULING ORDER (I) LIMITING NOTICE AND SERVICE OF THE TRUSTEE'S MOTION TO USE CERTAIN TITLE INDEMNITY ESCROW FUNDS AND MISCELLANEOUS FUNDS; (II) APPROVING THE FORM OF NOTICE THEREFOR; (III) SETTING A BAR DATE FOR OBJECTIONS; AND (IV) SETTING A FINAL HEARING DATE**

This matter came before the court on November 20, 2013 on the Trustee's Motion to Use Certain Title Indemnity Escrow Funds and Miscellaneous Funds and to Approve Notice and Objection Procedures (the "Motion") and the Trustee's Reply to Response of Pasquinelli Homebuilding L.P. to the Trustee's Motion to Use Escrow and Miscellaneous Funds and to Limit Notice (the "Reply"); it appearing to the Court that (i) it has jurisdiction over the matters raised in the Motion; and (ii) there is good cause for the entry of this order prescribing notice of the Escrow and setting a hearing thereon. Unless otherwise defined herein, all capitalized terms used herein shall have the meanings ascribed to them in the Motion, to the extent defined therein.

IT IS HEREBY ORDERED that:

1. The Form of Notice attached hereto as <u>Exhibit 1</u> is approved;

2. The Trustee be and is hereby directed to mail a copy of the notice and claim form contained in <u>Exhibit 1</u> to all entities listed on <u>Exhibit 2</u> on or before November 21, 2013.

3. All objections to the Motion or demands for adequate protection of a lien or interest in the Escrow Funds or Miscellaneous Funds must be in writing, served upon Trustee's counsel, and filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL 60604 so that they are received on or before 4:30 p.m. on December 12, 2013.

4. Each party objecting to the Motion (and "Objecting Party") must complete and attach as an exhibit to such objection a claim form in the form included in <u>Exhibit 1</u>, together with the requested documents supporting the Objecting Party's claim against any of the Subsidiaries of the Debtors listed in the Motion (the "Subsidiaries"). The Court will consider such objections and claim forms in connection with the Motion's proposed distribution of Escrow Funds and Miscellaneous Funds of a Subsidiary or the use thereof to pay intercompany and other valid debt of any such Subsidiary. Each party that does not object, but wishes to assert a claim against the Escrow Funds and the Miscellaneous Funds may do so by submitting a completed claim form in the form included in <u>Exhibit 1</u>, together with the requested documents supporting the claim against any of the Subsidiaries.

5. A hearing on the Motion is scheduled before December 19, 2013 at 10:00 a.m. At the hearing, the Trustee shall report on the claims filed by the deadline and his recommendations regarding the further review and determination by further order of the Court of the validity, priority and extent thereof and any adequate protection or payment thereof from the funds determined to be owned by the Subsidiary against which any such claim has timely been asserted (the "Subsidiary Claims Process"). The Motion may be granted in whole or in part at such hearing, based on the state of the record of claims against a Subsidiary, the amount of Escrow Funds and Miscellaneous Funds attributable to such Subsidiary's, the objections filed and the Trustee's acceptance and compromise of such claims and objections.

6. At such hearing, the Court will consider and set the deadlines for objecting to claims, briefing objections to the Motion and setting a hearing on such contested matters, all to be held on notice to the Objecting Party and any claimant whose claim is disputed by the Trustee in connection with the Motion.

7. The Trustee and any professional retained by the Trustee in the preparation and service of the Motion or in the review and determination of any objection received or in the recommendation regarding the validity, priority or amount of any Objecting Party's claim, or in the administration and distribution of the Escrow

Funds and Miscellaneous Funds to the Debtors' estates or to third- party creditors of the non-debtor subsidiaries of the Debtors, shall be entitled to compensation and reimbursement in accordance with 11 U.S.C. §§ 328, 330 and 503 as costs of administration of the Debtors' estates and subject to further order of this Court in accordance with this Court's prior orders regarding interim compensation and reimbursement.

8. Any disbursement of the Escrow Funds or the Miscellaneous Funds to any party, including any Objecting Party (whether or not a creditor of the Debtors) shall be moneys disbursed or turned over in the Debtors' cases to a party in interest of the Debtors' estates for purposes of 11 U.S.C. § 326.

9. Neither this order nor the proceedings in connection with the Motion or any Subsidiary Claims Process approved by the Court shall impose on the Trustee any fiduciary duties in favor of any person or entity who files an objection to the Motion or a claim against the Escrow Funds and Miscellaneous Funds or against any Subsidiary beyond any duty already owed by the Trustee to that person or entity in its capacity as a creditor of one of the Debtors.

Enter:

Dated:                                                       United States Bankruptcy Judge

Prepared by:

Jeffrey D. Eaton
Schiff Hardin LLP
233 S. Wacker Dr., Suite 6600
Chicago, IL 60606
(312) 258-5500

CH2\13800920.10