**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| PASQUINELLI HOMEBUILDING, LLC, | ) | Case No. 11-14829 |
| | ) | (Jointly Administered) |
| | ) | |
| | ) | Honorable Jacqueline P. Cox |
| | ) | |
| In re: | ) | |
| PASQUINELLI FINANCIAL, LLC, | ) | Case No. 11-25203 |
| | ) | |
| In re: | ) | |
| PASQUINELLI MANAGEMENT, LLC, | ) | Case No. 11-25205 |
| | ) | |
| In re: | ) | |
| PASQUINELLI HOMES, LLC, | ) | Case No. 11-25207 |
| | ) | |
| In re: | ) | |
| PORTRAIT HOMES INDIANA, LLC, | ) | Case No. 11-25210 |
| | ) | |
| In re: | ) | |
| PORTRAIT HOMES NORTH CAROLINA, LLC, | ) | Case No. 11-25211 |
| | ) | |
| In re: | ) | |
| PORTRAIT HOMES TEXAS, LLC, | ) | Case No. 11-25213 |
| | ) | Hearing Date: Dec. 10, 2013 |
| Debtors. | ) | Hearing Time: 9:30 a.m. |

**NOTICE OF MOTION**

To:   Those Registered to Receive Notices

**PLEASE TAKE NOTICE** that on Tuesday, December 10, 2013 at 9:30 a.m., Schiff Hardin LLP, counsel to Alex D. Moglia, the chapter 7 trustee for the bankruptcy estates of each of the debtors in the above-captioned, jointly administered cases, shall present to Judge Jacqueline P. Cox or any Judge sitting in her place, in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division at

219 South Dearborn Street, Courtroom 680, Chicago, Illinois, the **FIRST AND FINAL FEE APPLICATION OF CORA BETT THOMAS AUSTIN HILL & ASSOCIATES, AS REAL ESTATE BROKER FOR THE TRUSTEE, FOR PAYMENT OF COMPENSATION FOR SERVICES RENDERED** which is attached hereto and hereby served upon you.

Dated: December 5, 2013                      Respectfully submitted,

                                       By: /s/ Jeffrey D. Eaton
                                           J. Mark Fisher
                                           Jeffrey D. Eaton
                                           Schiff Hardin LLP
                                           233 South Wacker Drive, Suite 6600
                                           Chicago, IL 60606
                                           (312) 258-5500
                                           (312) 258-5600 (fax)
                                           mfisher@schiffhardin.com
                                           jeaton@schiffhardin.com

                                      *Counsel for the Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| PASQUINELLI HOMEBUILDING, LLC, | ) | Case No. 11-14829 |
| | ) | (Jointly Administered) |
| | ) | |
| | ) | Honorable Jacqueline P. Cox |
| | ) | |
| In re: | ) | |
| PASQUINELLI FINANCIAL, LLC, | ) | Case No. 11-25203 |
| | ) | |
| In re: | ) | |
| PASQUINELLI MANAGEMENT, LLC, | ) | Case No. 11-25205 |
| | ) | |
| In re: | ) | |
| PASQUINELLI HOMES, LLC, | ) | Case No. 11-25207 |
| | ) | |
| In re: | ) | |
| PORTRAIT HOMES INDIANA, LLC, | ) | Case No. 11-25210 |
| | ) | |
| In re: | ) | |
| PORTRAIT HOMES NORTH CAROLINA, LLC, | ) | Case No. 11-25211 |
| | ) | |
| In re: | ) | |
| PORTRAIT HOMES TEXAS, LLC, | ) | Case No. 11-25213 |
| | ) | Hearing Date: Dec. 10, 2013 |
| Debtors. | ) | Hearing Time: 9:30 a.m. |

**FIRST AND FINAL FEE APPLICATION OF CORA BETT THOMAS AUSTIN
HILL & ASSOCIATES, AS REAL ESTATE BROKER FOR THE TRUSTEE,
FOR PAYMENT OF COMPENSATION FOR SERVICES RENDERED**

Cora Bett Thomas Austin Hill & Associates ("**Cora**"), real estate broker to Alex D. Moglia, the chapter 7 trustee (the "**Trustee**" or "**Mr. Moglia**") for the bankruptcy estates of each of the debtors in the above-captioned, jointly administered cases (the

"**Debtors**"), hereby submits this first and final fee application (the "**Application**") for compensation for services rendered seeking (i) allowance and payment of a ten percent (10%) commission equal to $3,500 in fees[1] and (ii) and to limit notice of this Application. In support of this Application, Cora hereby states as follows:

## INTRODUCTION

1.  This Court has jurisdiction over the Application pursuant to 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2.  The statutory predicates for the relief requested herein are sections 328, 330 and 331 of the Bankruptcy Code, as supplemented by Bankruptcy Rule 2016, Local Rule 5082-1 and the UST Guidelines.

## BACKGROUND

3.  Pasquinelli Homebuilding, LLC ("**Homebuilding**") was a homebuilder and real-estate developer headquartered in the Chicago area, with operations in Illinois, Indiana, North Carolina, South Carolina, Texas and other states. Homebuilding is the parent company (a "**Tier 1**" company) to twelve related or subsidiary entities (the "**Tier 2**" companies). The Tier 2 companies are parent companies to approximately two

---

[1] Cora files this Application pursuant to sections 328, 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**FRBP**"), Rule 5082-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois (the "**Local Rules**"), the United States Trustee Fee Guidelines — Reviewing Applications for Compensation and Reimbursement of Disbursements Filed Under 11 U.S.C. § 330 (Appendix A to 28 C.F.R. § 58) (the "**UST Guidelines**") and the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses effective as of September 5, 2012 [Dkt. No. 340].

2

hundred related entities located in approximately seven states (the "**Tier 3**" companies).

4. Pasquinelli Financial, LLC ("**Financial**"), Pasquinelli Management, LLC ("**Management**"), Pasquinelli Homes, LLC ("**Homes**"), Portrait Homes Indiana, LLC ("**Portrait Indiana**"), Portrait Homes North Carolina, LLC ("**Portrait North Carolina**") and Portrait Homes Texas, LLC ("**Portrait Texas**" and collectively with Financial, Management, Homes, Portrait Indiana and Portrait North Carolina, the "**2nd Tier Debtors**") are all Tier 2 Companies. Except for Financial and Management, the Tier 2 companies acted as holding companies for the regional homebuilding operations conducted by the Tier 3 companies. The Tier 3 companies were formed to undertake the construction of each individual construction project. The Debtors have not had any significant operations since approximately 2008 and ultimately ceased all operations.

5. On April 7, 2011, Homebuilding filed a petition for relief under chapter 7 of the Bankruptcy Code. Subsequently, on June 15, 2011, the 2nd Tier Debtors each filed voluntary petitions for relief under chapter 7 of Bankruptcy Code.

6. On June 14, 2013, the Trustee filed the Trustee's Application to Employ Cora Bett Thomas Austin Hill & Associates as Real Estate Broker (Dkt. No. 568) (the "**Cora Employment Application**"). Pursuant to the Cora Employment Application, Cora was to work with the Trustee to identify an acceptable and able buyer for the real property located at 3418 Noel C. Conaway Road, Guyton, Georgia (the "**Georgia Parcel**").

7. The Court entered its order granting the Cora Employment Application on June 19, 2013. And approving Cora's commission of 10% contingent upon the purchase

price of the Georgia Parcel obtained as a result of Cora's successful marketing thereof (Dkt. No. 573) (the "**Cora Employment Order**").

8. On October 16, 2013, the Trustee filed the Trustee's Motion to Sell Property of the Estate, Free and Clear of Liens, Claims & Interests Pursuant to Section 363 of the Bankruptcy Code which approved the pending contract to sell the Georgia Parcel for a price of $35,000 (the "**Georgia Sale Motion**").

9. The Court entered its Order Granting the Trustee's Motion to Sell Property of the Estate Free and Clear of Liens, Claims & Interests Pursuant to Section 363 of the Bankruptcy Code (the "**Georgia Sale Order**") on November 13, 2013, giving the Trustee permission to sell the Georgia Parcel at a closing date to be determined at a later date.

10. The sale of the Georgia Parcel is scheduled to close on December 13, 2013.

11. As of the date of this Application, Cora has not sought compensation for any services rendered as the Trustee's real estate broker.

## PAYMENT AND REIMBURSEMENT REQUESTED

12. Cora submits this Application for payment of compensation for actual, reasonable and necessary professional services performed by it as real estate broker for the Trustee during the Application Period. This is Cora's first and final fee application.

13. Pursuant to Cora Employment Application, as approved by this Court, the Trustee agreed to compensate Cora with a 10% commission for the successful marketing of the Georgia Parcel. The Georgia Parcel purchase price is $35,000, making Cora's earned commission $3,500.

14. Cora seeks approval of this Application and upon the successful consummation of the sale of the Georgia Parcel, payment of the contingency fee of $3,500.

15. Cora has not entered into any express or implied agreement with any other party for the purpose of fixing fees or other compensation to be paid for professional services rendered in this case.

16. Except to the extent previously disclosed in paragraph 22 of the Cora Employment Application, Cora has not shared nor agreed to share: (a) any compensation it has received or may receive with another party or person, or (b) any compensation another person or party has received or may receive.

17. The Trustee has reviewed and approved Cora's Application prior to its filing.

## BASIS FOR PAYMENT

18. Pursuant to Section 328(a), the Trustee may seek employ a professional on a contingency-fee basis, provided that the arrangement is reasonable, and the Court pre-approves the arrangement.  11 U.S.C. § 328(a).  Here, pursuant to § 328(a), the Court approved a 10% contingency fee for Cora pursuant to the Cora Employment Application and Cora Employment Order.

## THE REQUESTED COMPENSATION AND REIMBURSEMENT SHOULD BE ALLOWED ON SHORTENED NOTICE

19. Federal Rule of Bankruptcy Procedure ("FRBP") 2002(a)(6), twenty-one days' notice is required for a hearing on any entity's request for compensation that exceeds $1,000.

5

20. Pursuant to FRBP 2002(m), the "court may from time to time enter orders designating the matters in respect to which the entity to whom, and the form and manner in which notices shall be sent except as otherwise provided by these rules." Here, the Trustee and Cora request that the Court enter an order limiting notice to the parties who receive notice of all proceedings by mail or the CM/ECF system and to the 5 days' notice given of the presentment of the motion. The Court has discretion to grant this relief pursuant to FRBP 2002(m). They submit that any creditors or parties-in-interest have already received sufficient notice of the fee to be paid pursuant to this Application since the proposed payment is consistent with the Cora Employment Order and Georgia Sale Order. Notice was issued to all parties who receive CM/ECF notice prior to the Court's approval of the Cora Employment Order, which contained the contingency-based commission. Additional notice was issued via CM/ECF prior to the Court's approval of the Georgia Parcel Sale Motion. Further notice is unnecessary in light of the previous notices and this Court's previous approval of the contingency-based commission.

WHEREFORE, Cora respectfully requests: (i) allowance of compensation for professional services rendered during the Application Period in the amount of $3,500; (ii) the Court approve the content and means of the notice provided of this Application and enter an order waiving and dispensing with any further notice requirements; (iii) authorization for the Trustee to pay Cora $3,500 which represents its 10% commission; and (iv) such further relief as the Court deems just and appropriate.

Dated: December 5, 2013

    Respectfully submitted,
    /s/ Traci Wells
    Traci Wells
    Cora Bett Thomas Austin Hill & Associates
    13 East York Street
    Savannah, GA 31401
    T: 912-233-6000

    *Real Estate Broker for chapter 7 trustee*

Prepared and Filed by:
Jeffrey D. Eaton
Schiff Hardin LLP
233 S. Wacker Dr., Suite 6600
Chicago, IL 60606
T:  312-258-5573