**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| PASQUINELLI HOMEBUILDING, LLC, | ) | Case No. 11-14829 |
| | ) | (Jointly Administered) |
| | ) | |
| | ) | Honorable Jacqueline P. Cox |
| | ) | |
| In re: | ) | |
| PASQUINELLI FINANCIAL, LLC, | ) | Case No. 11-25203 |
| | ) | |
| In re: | ) | |
| PASQUINELLI MANAGEMENT, LLC, | ) | Case No. 11-25205 |
| | ) | |
| In re: | ) | |
| PASQUINELLI HOMES, LLC, | ) | Case No. 11-25207 |
| | ) | |
| In re: | ) | |
| PORTRAIT HOMES INDIANA, LLC, | ) | Case No. 11-25210 |
| | ) | |
| In re: | ) | |
| PORTRAIT HOMES NORTH CAROLINA, LLC, | ) | Case No. 11-25211 |
| | ) | |
| In re: | ) | |
| PORTRAIT HOMES TEXAS, LLC, | ) | Case No. 11-25213 |
| | ) | Hearing Date: Dec. 10, 2013 |
| Debtors. | ) | Hearing Time: 9:30 a.m. |

**NOTICE OF MOTION**

To:  Those Registered to Receive Notices

**PLEASE TAKE NOTICE** that on Tuesday, December 10, 2013 at 9:30 a.m., Schiff Hardin LLP, counsel to Alex D. Moglia, the chapter 7 trustee for the bankruptcy estates of each of the debtors in the above-captioned, jointly administered cases, shall present to Judge Jacqueline P. Cox or any Judge sitting in her place, in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division at

219 South Dearborn Street, Courtroom 680, Chicago, Illinois, the **FIRST AND FINAL FEE APPLICATION OF HARBOR CITY REAL ESTATE ADVISORS, LLC, AS REAL ESTATE BROKER FOR THE TRUSTEE, FOR PAYMENT OF COMPENSATION FOR SERVICES RENDERED** which is attached hereto and hereby served upon you.

Dated: December 5, 2013               Respectfully submitted,

                                      By: /s/ Jeffrey D. Eaton
                                          J. Mark Fisher
                                          Jeffrey D. Eaton
                                          Schiff Hardin LLP
                                          233 South Wacker Drive, Suite 6600
                                          Chicago, IL 60606
                                          (312) 258-5500
                                          (312) 258-5600 (fax)
                                          mfisher@schiffhardin.com
                                          jeaton@schiffhardin.com

                                      *Counsel for the Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| PASQUINELLI HOMEBUILDING, LLC, | ) | Case No. 11-14829 |
| | ) | (Jointly Administered) |
| | ) | |
| | ) | Honorable Jacqueline P. Cox |
| | ) | |
| In re: | ) | |
| PASQUINELLI FINANCIAL, LLC, | ) | Case No. 11-25203 |
| | ) | |
| In re: | ) | |
| PASQUINELLI MANAGEMENT, LLC, | ) | Case No. 11-25205 |
| | ) | |
| In re: | ) | |
| PASQUINELLI HOMES, LLC, | ) | Case No. 11-25207 |
| | ) | |
| In re: | ) | |
| PORTRAIT HOMES INDIANA, LLC, | ) | Case No. 11-25210 |
| | ) | |
| In re: | ) | |
| PORTRAIT HOMES NORTH CAROLINA, LLC, | ) | Case No. 11-25211 |
| | ) | |
| In re: | ) | |
| PORTRAIT HOMES TEXAS, LLC, | ) | Case No. 11-25213 |
| | ) | Hearing Date: Dec. 10, 2013 |
| Debtors. | ) | Hearing Time: 9:30 a.m. |

**FIRST AND FINAL FEE APPLICATION OF HARBOR CITY REAL ESTATE ADVISORS, LLC, AS REAL ESTATE BROKER FOR THE TRUSTEE, FOR PAYMENT OF COMPENSATION FOR SERVICES RENDERED**

Harbor City Real Estate Advisors, LLC ("**Harbor City**"), real estate broker to Alex D. Moglia, the chapter 7 trustee (the "**Trustee**" or "**Mr. Moglia**") for the bankruptcy estates of each of the debtors in the above-captioned, jointly administered

cases (the "**Debtors**"), hereby submits this first and final fee application (the "**Application**") for compensation for services rendered seeking (i) allowance and payment of a six percent (6%) commission equal to $22,500 in fees[1] and (ii) to limit notice of this Application. In support of this Application, Harbor City hereby states as follows:

## INTRODUCTION

1.     This Court has jurisdiction over the Application pursuant to 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2.     The statutory predicates for the relief requested herein are sections 328, 330 and 331 of the Bankruptcy Code, as supplemented by Bankruptcy Rule 2016, Local Rule 5082-1 and the UST Guidelines.

## BACKGROUND

3.     Pasquinelli Homebuilding, LLC ("**Homebuilding**") was a homebuilder and real-estate developer headquartered in the Chicago area, with operations in Illinois, Indiana, North Carolina, South Carolina, Texas and other states. Homebuilding is the parent company (a "**Tier 1**" company) to twelve related or subsidiary entities (the "**Tier 2**" companies). The Tier 2 companies are parent companies to approximately two

---

[1] Harbor City files this Application pursuant to sections 328, 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**FRBP**"), Rule 5082-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois (the "**Local Rules**"), the United States Trustee Fee Guidelines — Reviewing Applications for Compensation and Reimbursement of Disbursements Filed Under 11 U.S.C. § 330 (Appendix A to 28 C.F.R. § 58) (the "**UST Guidelines**"); and the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses effective as of September 5, 2012 [Dkt. No. 340].

hundred related entities located in approximately seven states (the "**Tier 3**" companies).

4. Pasquinelli Financial, LLC ("**Financial**"), Pasquinelli Management, LLC ("**Management**"), Pasquinelli Homes, LLC ("**Homes**"), Portrait Homes Indiana, LLC ("**Portrait Indiana**"), Portrait Homes North Carolina, LLC ("**Portrait North Carolina**") and Portrait Homes Texas, LLC ("**Portrait Texas**" and collectively with Financial, Management, Homes, Portrait Indiana and Portrait North Carolina, the "**2nd Tier Debtors**") are all Tier 2 Companies. Except for Financial and Management, the Tier 2 companies acted as holding companies for the regional homebuilding operations conducted by the Tier 3 companies. The Tier 3 companies were formed to undertake the construction of each individual construction project. The Debtors have not had any significant operations since approximately 2008 and ultimately ceased all operations.

5. On April 7, 2011, Homebuilding filed a petition for relief under chapter 7 of the Bankruptcy Code. Subsequently, on June 15, 2011, the 2nd Tier Debtors each filed voluntary petitions for relief under chapter 7 of Bankruptcy Code.

6. On June 14, 2013, the Trustee filed the Trustee's Application to Employ Harbor City Real Estate Advisors, LLC as Real Estate Broker (Dkt. No. 569) (the "**Harbor City Employment Application**"). Pursuant to the Harbor City Employment Application, Harbor City was to work with the Trustee to identify an acceptable and able buyer for the real property located at Stuhr Road, adjacent to Beresford Commons, in Wando, South Carolina (the "**South Carolina Parcel**"), at terms acceptable to the Trustee, subject to further approval by this Court.

7. The Court entered its order granting the Harbor City Employment Application on June 19, 2013. And approving Harbor City's 6% commission of the

3

purchase price of the South Carolina Parcel obtained as a result of Harbor City's successful marketing thereof (Dkt. No. 572) (the "**Harbor City Employment Order**").

8. On October 16, 2013, the Trustee filed the Trustee's Motion to Sell Property of the Estate, Free and Clear of Liens, Claims & Interests Pursuant to Section 363 of the Bankruptcy Code (Dkt. No. 658) which approved the pending contract to sell the South Carolina Parcel for a purchase price of $375,000 (the "**South Carolina Sale Motion**").

9. The Court entered its Order Granting the Trustee's Motion to Sell Property of the Estate Free and Clear of Liens, Claims & Interests Pursuant to Section 363 of the Bankruptcy Code (Dkt. No. 688) (the "**South Carolina Sale Order**") on November 13, 2013, giving the Trustee permission to sell the South Carolina Parcel at a closing date to be determined at a later date.

10. The sale of the South Carolina Parcel is scheduled to close on December 30, 2013.

11. As of the date of this Application, Harbor City has not sought compensation for any services rendered as the Trustee's real estate broker.

**PAYMENT AND REIMBURSEMENT REQUESTED**

12. Harbor City submits this Application for payment of compensation for actual, reasonable and necessary professional services performed by it as real estate broker for the Trustee. This is Harbor City's first and final fee application.

13. Pursuant to Harbor City Employment Application, as approved by this Court, the Trustee agreed to compensate Harbor City with a 6% commission for the

4

successful marketing of the South Carolina Parcel. The South Carolina Parcel purchase price is $375,000, making Harbor City's earned commission $22,500.

14. Harbor City Harbor City seeks approval of this Application and upon the successful consummation of the sale of the South Carolina Parcel, payment of the contingency fee commission of $22,500.

15. Harbor City has not entered into any express or implied agreement with any other party for the purpose of fixing fees or other compensation to be paid for professional services rendered in this case.

16. Except to the extent previously disclosed in paragraph 23 of the Harbor City Employment Application, Harbor City has not shared nor agreed to share: (a) any compensation it has received or may receive with another party or person, or (b) any compensation another person or party has received or may receive.

17. The Trustee has reviewed and approved Harbor City's Application prior to its filing.

## BASIS FOR PAYMENT

18. Pursuant to Section 328(a), the Trustee may seek to employ a professional on a contingency-fee basis, provided that the arrangement is reasonable, and the Court pre-approves the arrangement. 11 U.S.C. § 328(a). Here, pursuant to § 328(a), the Court approved a 6% contingency fee for Harbor City pursuant to the Harbor City Employment Application and Harbor City Employment Order.

## THE REQUESTED COMPENSATION AND REIMBURSEMENT SHOULD BE ALLOWED ON SHORTENED NOTICE

19. Pursuant to FRBP 2002(a)(6), twenty-one days' notice is required for a hearing on any entity's request for compensation that exceeds $1,000.

20. Pursuant to FRBP 2002(m), the "court may from time to time enter orders designating the matters in respect to which the entity to whom, and the form and manner in which notices shall be sent except as otherwise provided by these rules." Here, the Trustee and Harbor City request that the Court enter an order limiting notice to the parties who receive notice of all proceedings by mail or the CM/ECF system and to the 5 days' notice given of the presentment of the motion. The Court has discretion to grant this relief pursuant to FRBP 2002(m). They submit that any creditors or parties-in-interest have already received sufficient notice of the fee to be paid pursuant to this Application since the proposed payment is consistent with the Harbor City Employment Order and South Carolina Sale Order. Notice was issued to all parties who receive CM/ECF notice prior to the Court's approval the Harbor City Employment Order which contained the contingency-based commission. Additional notice was issued via CM/ECF prior to the Court's approval of the South Carolina Parcel Sale Motion. Further notice is unnecessary in light of the previous notices and this Court's previous approval of the contingency-based commission.

WHEREFORE, Harbor City respectfully requests: (i) allowance of compensation for professional services rendered during the Application Period in the amount of $22,500; (ii) the Court approve the content and means of the notice provided through this Application and enter an order waiving and dispensing with any further notice requirements; (iii) authorization for the Trustee to pay Harbor City $22,500 upon closing of the sale of the South Carolina Parcel; and (iv) such further relief as the Court deems just and appropriate.

Dated: December 5, 2013

                Respectfully submitted,
                /s/ Christopher Cunniffe
                Christopher Cunniffe
                Harbor City Real Estate Associates, LLC
                510 Live Oak Drive
                Mount Pleasant, SC 29464
                T: 843-805-8011

                *Real Estate Broker for chapter 7 trustee*

Prepared and Filed by:
Jeffrey D. Eaton
Schiff Hardin LLP
233 S. Wacker Dr., Suite 6600
Chicago, IL 60606
T:  312-258-5573

7