UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>PASQUINELLI HOMEBUILDING, LLC<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 11-14829<br>(Jointly Administered)<br>Chapter: 7<br>Honorable Jacqueline Cox |

## ORDER GRANTING THE FIRST AND FINAL FEE APPLICATION OF HARBOR CITY REAL ESTATE ADVISORS, LLC, AS REAL ESTATE BROKER FOR THE TRUSTEE FOR PAYMENT OF COMPENSATION FOR SERVICES RENDERED

This matter came before the Court December 10, 2013, on the First and Final Application of Harbor City Real Estate Advisors, LLC ("Harbor City"), as real estate broker for the Trustee, for payment for services rendered ("Application"); it appearing to the Court that (i) it has jurisdiction over the matters raised in the Application; (ii) proper and adequate notice of the Application has been given and no further notice is necessary; and (iii) upon consideration of the Application and the record, and after due deliberation, there is good cause for the granting of the Application.
IT IS HEREBY ORDERED that:

1. The Application is granted and

2. Harbor City is allowed and awarded, and upon the closing of the sale of the South Carolina Parcel, the Trustee is directed to pay to Harbor City, compensation in the amount of $22,500.

Enter:

*[signature: Jacqueline P. Cox]*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: 12-10-13

**Prepared by:**

Jeffrey D. Eaton
Schiff Hardin LLP
233 S. Wacker Dr., Suite 6600
Chicago, IL 60606

Rev: 201100318_bko