UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 11-14829 |
| PASQUINELLI HOMEBUILDING, LLC | ) | (Jointly Administered) |
| | ) | Chapter: 7 |
| | ) | Honorable Jacqueline Cox |
| Debtor(s) | ) | |

**ORDER GRANTING THE FIRST AND FINAL FEE APPLICATION OF
CORA BETT THOMAS AUSTIN HILL & ASSOCIATES, AS REAL ESTATE BROKER FOR
THE TRUSTEE FOR PAYMENT OF COMPENSATION FOR SERVICES RENDERED**

This matter came before the Court December 10, 2013, on the First and Final Application of Cora Bett Thomas Austin Hill & Associates ("Cora"), as real estate broker for the Trustee, for payment for services rendered ("Application"); it appearing to the Court that (i) it has jurisdiction over the matters raised in the Application; (ii) proper and adequate notice of the Application has been given and no further notice is necessary; and (iii) upon consideration of the Application and the record, and after due deliberation, there is good cause for the granting of the Application.
IT IS HEREBY ORDERED that:

1. The Application is granted and

2. Cora is allowed and awarded, and upon the closing of the sale of the Georgia Parcel, the Trustee is directed to pay to Cora, compensation in the amount of $3,500.

Enter:

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: DEC 10 2013

**Prepared by:**

Jeffrey D. Eaton
Schiff Hardin LLP
233 S. Wacker Dr., Suite 6600
Chicago, IL 60606

Rev: 201100318_bko