UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 11-14829 |
| Pasquinelli Homebuilding, LLC, et al. | ) | (Jointly Administered) |
| | ) | Chapter: 7 |
| | ) | Honorable Jacqueline Cox |
| | ) | |
| Debtor(s) | ) | |

**FURTHER SCHEDULING ORDER SETTING OBJECTION DEADLINE
AND SCHEDULING HEARING ON
TRUSTEE'S MOTION TO APPROVE ALLOCATION OF SETTLEMENT PROCEEDS
AND UNPAID PROFESSIONAL FEES AND REPAYMENT OF INTER-ESTATE LOANS**

This matter coming before the Court on the Trustee's Motion to Approve Allocation of Settlement Proceeds and Unpaid Professional Fees and Repayment of Inter-Estate Loans and to Limit Notice (the "Motion"), due notice having been given of the Motion and objection deadline, no objections to the Motion having been filed by the June 25, 2021 deadline set by this Court's order dated June 15, 2021 [D.E. 1271], but the Trustee having agreed that the United States Trustee may have until July 23, 2021 to respond or object to the Motion, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that the time for objections to the Motion has expired, except that the United States Trustee may have until July 23, 2021 at 4:30 p.m. Central Time to file and serve any response or objection to the Motion on counsel for the Trustee, J. Mark Fisher, Schiff Hardin LLP, 233 S. Wacker Dr., Suite 7100, Chicago, IL 60606, Fax: (312) 258-5600 and James D. McCarthy, Diamond McCarthy, LLP, 2711 North Haskell Ave., Suite 3100, Dallas, TX 75204, Fax: (214) 389-5399.

IT IS FURTHER ORDERED that a hearing on the Motion will be held on July 27, 2021 at 1:30 p.m. Central Time via Zoom for Government according to this Court's procedures.

Enter:

*Jacqueline P. Cox*
J. Cox

Dated: 6-29-21

United States Bankruptcy Judge

**Prepared by:**
J. Mark Fisher
Jin Yan
SCHIFF HARDIN LLP
233 South Wacker Drive
Suite 7100
Chicago, IL 60606
Telephone: (312) 258-5500
Facsimile: (312) 258-5600

Rev: 20120501_bko