UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   11-14829 |
| Pasquinelli Homebuilding, LLC, et al. | ) | (Jointly Administered) |
| | ) | Chapter: 7 |
| | ) | Honorable Jacqueline Cox |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING TRUSTEE'S MOTION TO AUTHORIZE ABANDONMENT OR DESTRUCTION OF DOCUMENTS AND REPOSITORIES AND TO LIMIT NOTICE**

This matter coming before the Court on the Trustee's Motion to Authorize Abandonment or Destruction of Documents and Repositories and to Limit Notice (the "Motion"), due notice having been given, all objections having been withdrawn, overruled, or otherwise resolved, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED:

(1) The Trustee's Motion is granted.

(2) Subject to the following paragraph, the Trustee is authorized to abandon or destroy, at the expense of the Estates, any documents in his possession that he determines in his reasonable discretion are unnecessary for the administration and closing of the Estates and these Chapter 7 cases (the "Unnecessary Documents") and to destroy or abandon information repositories such as the computers, servers, and server data that came into his possession, custody, and control (the "Unnecessary Repositories," and together with the Unnecessary Documents, the "Unnecessary Property").

(3) If any of the Debtors, their insiders, and/or any other third party wishes to obtain any Unnecessary Property, they shall contact the Trustee on or before July 30, 2021 and provide: (a) written identification of such Unnecessary Property; (b) the address(es) to which such Unnecessary Property are to be delivered within the following 30 days, at the sole cost and expense of the party requesting such Unnecessary Property; and (c) a tender to the Trustee of those costs incurred or to be incurred for: (i) any storage after July 30, 2021; and (ii) the inspection, removal from storage, transportation and delivery of the requested Unnecessary Property to the location(s) specified by the requesting party, with such tender all in form and substance satisfactory to both the Trustee and to any warehouse storing the Unnecessary Property that are the subject of the request. The Trustee may develop and institute any further procedures he deems reasonable to specify the content or processing of requests for the Unnecessary Property, conflicting requests therefore, and the payment of the costs thereof by the requesting parties. The Trustee, the Estates, and their professionals shall be exculpated from any claim or liability arising from his processing of any request for Unnecessary Property or any claim that a requesting party may have regarding the Trustee's possession or delivery of any Unnecessary Property.

(4) All Unnecessary Property not encompassed by a timely request made in compliance with this Order may be destroyed by the Trustee without liability to the Trustee, the Estates, their creditors or interest holders, or any other third party.

Enter: *Jacqueline P. Cox*

J. Cx

United States Bankruptcy Judge

Dated: June 29, 2021

**Prepared by:**

J. Mark Fisher
Jin Yan
SCHIFF HARDIN LLP
233 South Wacker Drive
Suite 7100
Chicago, IL 60606
Telephone: (312) 258-5500
Facsimile: (312) 258-5600

Rev: 20120501_bko