UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 11-14829
PASQUINELLI HOMEBUILDING, LLC,  )
et al.  )
)  Chapter: 7
)  Honorable Jacqueline P Cox
)
)
Debtor(s)  )

**ORDER GRANTING TRUSTEE'S FOURTH INTERIM APPLICATION
FOR COMPENSATION AND REIMBURSEMENT**

This matter coming before the Court on the Fourth Interim Application for Compensation of Alex D. Moglia, the Chapter 7 trustee (the "Trustee"), for compensation for services rendered and reimbursement of expenses incurred for the period October 1, 2020 through October 31, 2021 (the "Fourth Application"); it appearing to the Court that (i) it has jurisdiction over the matters raised in the Fourth Application; (ii) proper and adequate notice of the Fourth Application has been given and no further notice is necessary; and (iii) upon consideration of the Fourth Application and the record, and after due deliberation, there is good cause for granting the Fourth Application, IT IS HEREBY ORDERED that:

1. The Trustee's Fourth Application is granted;

2. The Trustee is allowed and awarded, and the Trustee is directed to pay, compensation in the amount of $305,933.79 and reimbursement of expenses in the amount of $94.24 (together, "Compensation and Reimbursement").

3. The Trustee is authorized and directed to pay all Compensation and Reimbursement that has not otherwise been paid through interim monthly fee statements out of any undedicated funds on hand.

4. This Order is entered without prejudice to further requests for compensation detailed within the Fourth Application and not included in the Compensation and Reimbursement in this Order, and/or from the Fourth Application period covered therein.

Enter:   *Jacqueline P. Cox*
_____
Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated:  March 29, 2022

**Prepared by:**

J. Mark Fisher
Jin Yan
Schiff Hardin LLP
233 S. Wacker Drive, Suite 7100
Chicago, Illinois 60606
Tel:  312-258-5500
Fax: 312-258-5600