# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| PASQUINELLI HOMEBUILDING, LLC, | ) | Case No. 11-14829 |
| | ) | (Jointly Administered) |
| | ) | |
| | ) | Honorable Jacqueline P. Cox |
| | ) | |
| In re: | ) | |
| PASQUINELLI FINANCIAL, LLC, | ) | Case No. 11-25203 |
| | ) | |
| In re: | ) | |
| PASQUINELLI MANAGEMENT, LLC, | ) | Case No. 11-25207 |
| | ) | |
| In re: | ) | |
| PASQUINELLI HOMES, LLC, | ) | Case No. 11-25205 |
| | ) | |
| In re: | ) | |
| PORTRAIT HOMES INDIANA, LLC, | ) | Case No. 11-25210 |
| | ) | |
| In re: | ) | |
| PORTRAIT HOMES NORTH CAROLINA, LLC, | ) | Case No. 11-25211 |
| | ) | |
| In re: | ) | |
| PORTRAIT HOMES TEXAS, LLC, | ) | Case No. 11-25213 |
| | ) | |
| Debtors. | ) | |

**JULY 2023 MONTHLY FEE STATEMENT OF ARENTFOX SCHIFF LLP**

ArentFox Schiff LLP ("ArentFox"), counsel to Alex D. Moglia, the Chapter 7 trustee for the bankruptcy estates of each of the above-captioned debtors, hereby submits the following for review in accordance with the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses effective as of September 5, 2012 [Dkt. No. 340] (the "Order") as and for its Monthly Fee Statement for the month of July 2023 detailing fees and expenses incurred on the following exhibits in the following amounts for legal services provided on behalf of Pasquinelli Homebuilding, LLC ("PHB"):

| **Exhibit** | **Month** | **Debtor** | **Fees** | **Expenses** |
|---|---|---|---|---|
| A | July 2023 | PHB | $2,479.00 | $66.30 |
|  |  |  |  |  |
|  |  | Total | $2,479.00 | $ 66.30 |

The "Monthly Statement Date" is August 31, 2023 and the date for objections thereto in accordance with the Order, if any, by the Trustee, the U.S. Trustee and all other parties in interest receiving service of same is September 11, 2023.

Dated: August 16, 2023

        Respectfully submitted,

        /s/ J. Mark Fisher
        J. Mark Fisher
        Jin Yan
        ARENTFOX SCHIFF LLP
        233 S. Wacker Drive
        Suite 7100
        Chicago, IL  60606
        T: (312) 258-5500
        F: (312) 258-5700
        Mark.Fisher@afslaw.com
        Jin.Yan@afslaw.com

        *Attorneys for Alex Moglia, as Chapter 7 trustee*

# **Exhibit A**



| | |
|---|---|
| Moglia, Alex D., as Chapter 7 Trustee | Invoice Number   2251134 |
| 1325 Remington Road | Invoice Date   08/04/2023 |
| Suite H | Client Number   440314 |
| Schaumburg, IL 60173 | Matter Number   00000 |

For Professional Services Rendered Through: July 31, 2023

Re: In re Pasquinelli Homebuilding, LLC U.S. Bankruptcy Court, Northern District of IL, Case No. 11-14829

| | |
|---|---:|
| Total Fees | 2,479.00 |
| Total Disbursements | 66.30 |
| **Total Amount Due This Invoice** | **$2,545.30** |

EXHIBIT A

Taxpayer Identification Number: 53-0214923     Due Upon Receipt

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

ArentFox Schiff LLP
Attorneys at Law

| 440314 | Moglia, Alex D., as Chapter 7 Trustee | Invoice Number 2251134 |
| 00000 | In re Pasquinelli Homebuilding, LLC | Page 2 of 5 |
| August 04, 2023 | | |

| Date | Timekeeper | B110  Case Administration | Hours | Value |
|---|---|---|---|---|
| 07/11/23 | Jin Yan | Correspondence with J. Niese re proposed trustee interim report. | 0.10 | 69.00 |
| 07/27/23 | J. Mark Fisher | Review of new notice of TFR estimated date. | 0.10 | 85.00 |
| | | **B110  Case Administration** | **0.20** | **154.00** |

| Date | Timekeeper | B160  Fee/Employment Applications | Hours | Value |
|---|---|---|---|---|
| 07/10/23 | J. Mark Fisher | Prepare June monthly fee statement. | 0.20 | 170.00 |
| 07/14/23 | Jin Yan | Review and revise KRD draft 4th interim fee application and supporting exhibits, notices, and proposed order (.8); correspondence with trustee and KRD re same (.1). | 0.90 | 621.00 |
| 07/17/23 | J. Mark Fisher | File June 2023 fee application and load data into fee app spreadsheet. | 0.10 | 85.00 |
| 07/20/23 | Jin Yan | Finalize KRD 4th fee application and exhibits, notice of motion, and proposed order (.2); file application (.2). | 0.40 | 276.00 |
| 07/21/23 | Jin Yan | Review Diamond McCarthy draft fee application, cover sheet, and proposed order (.3); correspondence with J. McCarthy and J. Niese re same (.1). | 0.40 | 276.00 |
| 07/24/23 | Jin Yan | Review revised Diamond McCarthy fee application. | 0.20 | 138.00 |
| 07/26/23 | Jin Yan | Correspondence with J. Niese and J. McCarthy re DM fee application. | 0.10 | 69.00 |
| 07/28/23 | Jin Yan | Correspondence with J. McCarthy and J. Niese re Diamond McCarthy fee application. | 0.10 | 69.00 |
| 07/31/23 | Jin Yan | Review and revise Diamond McCarthy fee application and related notices and proposed order (.6); correspondence with J. McCarthy and J. Niese re same (.1); file and coordinate service of fee application (.2). | 0.90 | 621.00 |
| | | **B160  Fee/Employment Applications** | **3.30** | **2,325.00** |
| | | **Fee Total** | **3.50** | **$2,479.00** |

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

ArentFox Schiff LLP
Attorneys at Law

| 440314 | Moglia, Alex D., as Chapter 7 Trustee | Invoice Number 2251134 |
| 00000 | In re Pasquinelli Homebuilding, LLC | Page 3 of 5 |
| August 04, 2023 | | |

**Timekeeper Summary:**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| J. Mark Fisher | 0.40 | 850.00 | 340.00 |
| Jin Yan | 3.10 | 690.00 | 2,139.00 |
| **Timekeeper Summary Total** | **3.50** | | **2,479.00** |

Current Fees  $2,479.00

**For Disbursements:**

| 07/17/23 | User J. Mark Fisher produced $23.79 in postage | 23.79 |
| 07/31/23 | User J. Mark Fisher produced $42.51 in postage | 42.51 |
| **Disbursement Total** | | **66.30** |

Current Disbursements  $66.30

Total Amount Due This Invoice  $2,545.30

ArentFox Schiff LLP
Attorneys at Law

| | | | | |
|---|---|---|---|---|
| 440314 | Moglia, Alex D., as Chapter 7 Trustee | | | Invoice Number 2251134 |
| 00000 | | | | Page 4 of 5 |
| August 04, 2023 | | | | |

**Summary of Accounts Receivable:**

| Date | Invoice # | Amount | Credits | Balance |
|---|---|---|---|---|
| 11/17/22 | 2181464 | 13,553.62 | 12,199.17 | 1,354.45 |
| 12/15/22 | 2189734 | 22,172.44 | 19,965.04 | 2,207.40 |
| 01/12/23 | 2195968 | 5,234.76 | 4,736.91 | 497.85 |
| 02/13/23 | 2203535 | 5,133.96 | 4,623.06 | 510.90 |
| 03/15/23 | 2212885 | 2,432.00 | 2,188.80 | 243.20 |
| 04/11/23 | 2219865 | 1,848.00 | 1,663.20 | 184.80 |
| 05/04/23 | 2227152 | 2,834.50 | 0.00 | 2,834.50 |
| 06/09/23 | 2235701 | 9,599.00 | 8,639.10 | 959.90 |
| 07/11/23 | 2243671 | 5,135.00 | 0.00 | 5,135.00 |
| | | **67,943.28** | **54,015.28** | **13,928.00** |

**Aging:**

| 0-30 | 31-90 | 91-180 | 181-365 | 366+ |
|---|---|---|---|---|
| 5,135.00 | 959.90 | 3,773.40 | 4,059.70 | 0.00 |

Taxpayer Identification Number:  53-0214923    Due Upon Receipt

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.



| | |
|---|---|
| Moglia, Alex D., as Chapter 7 Trustee | Invoice Number    2251134 |
| 1325 Remington Road | Invoice Date      08/04/23 |
| Suite H | Client Number     440314 |
| Schaumburg, IL 60173 | Matter Number     00000 |

## - - REMITTANCE COPY - -

**TOTAL AMOUNT DUE THIS INVOICE**                                    **$2,545.30**

**ELECTRONIC PAYMENT INSTRUCTIONS (Preferred Method of Payment):**

| | |
|---|---|
| Bank: | Citibank, N.A. |
| Address: | 1101 Pennsylvania Ave., NW, Floor 9 |
| | Washington, DC 20004 |
| ABA # (Wires & ACH): | 254070116 |
| SWIFT CODE: | CITIUS33 |
| Account #: | |
| Beneficiary Name: | ArentFox Schiff LLP |
| Beneficiary Address: | 1717 K Street, NW |
| | Washington, DC  20006-5344 |

*Internal policies require independent confirmation of updated electronic payment instructions.  Please obtain verbal confirmation of this change from an existing ArentFox Schiff LLP contact prior to making the change.*

### Payments by Check

ArentFox Schiff LLP
Mail Code: 7350
P.O. Box 7247
Philadelphia, PA 19170-0001

Please reference the following:

| | |
|---|---|
| Client/Matter # | 440314.00000 |
| Client Name | Moglia, Alex D., as Chapter 7 Trustee |
| Invoice Number | 2251134 |

Taxpayer Identification Number:  53-0214923        Due Upon Receipt

THIS STATEMENT CONTAINS INFORMATION PROTECTED BY THE ATTORNEY-CLIENT AND/OR ATTORNEY WORK PRODUCT PRIVILEGES.

## **CERTIFICATE OF SERVICE**

I, J. Mark Fisher, an attorney, hereby certify that on August 16, 2023, I electronically filed the **JULY 2023 MONTHLY FEE STATEMENT OF ARENTFOX SCHIFF LLP** with the Clerk of the Court using the ECF System, which will send notification of such filing to those attorneys registered to receive notices, and on the persons on the attached U.S. Mail Service List by U.S. Mail, postage paid.

/s/ J. Mark Fisher

## US Mail Service List

David B. McCall
Erin Minett
Gay, McCall, Isaacks, Gordon & Roberts, P.C.
1700 Redbud Blvd., Ste. 300
McKinney, TX 75069

Robert B. McNeill
Amy P. Hunt
Horack, Talley, Pharr & Lowndes, P.A.
301 South College Street, Suite 2600
Charlotte, NC 28202-6006

David Escamilla
Karon Y. Wright
Travis County Attorney
P. O. Box 1748
Austin, TX 78767

Heather H. Jobe
Bell Nunally & Martin LLP
2323 Ross Avenue, Suite 1900
Dallas, TX 75201

Christopher B. Mosley
City of Fort Worth
1000 Throckmorton Street
Fort Worth, TX 76102

Thaddeus T. Rieger
Zaino & Humphrey, LPA
5775 Perimeter Drive, Suite 180
Dublin, OH 43017

Elizabeth Weller
John P. Dillman
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, TX 77253-3064

Andrea Sheehan
Law Offices of Robert E. Luna, P.C.
4411 N. Central Expressway
Dallas, TX 75205

Carl O. Sandin
Perdue, Brandon, Fielder, Collins & Mott, LLP
1235 North Loop West, Suite 600
Houston, TX 77008

Jeffrey Snell
Office of U.S. Trustee, Region 11
219 S. Dearborn St.
Room 873
Chicago, IL 60604

Shayne D. Moses
David A. Palmer
Moses Palmer & Howell LLP
309 W. 7th Street, Suite 815
Fort Worth, TX 76102

Harvey R. Herman
Michael R. Grimm
Clausen Miller PC
10 S. LaSalle St.
Chicago, IL 60603

Cadles of West Virginia LLC
Attention 0A230147
100 North Center Street
Newton Falls, OH 44444

CH2:25721360.15